### 36234. KISER v. KISER.

This is an appeal from a final judgment of divorce seeking a modification of the terms of that judgment. The appeal is dismissed for failure to comply with the provisions of Code Ann. § 6-701.1 (Ga. L. 1979, pp. 619-20).
*Appeal dismissed. All the Justices concur.*

SUBMITTED MAY 16, 1980 — DECIDED
JULY 3, 1980.

*Sartain & Carey, Jack M. Carey, Howard T. Overby,* for appellant.
*William I. Sykes, Jr.,* for appellee.

### 36403. McCLAIN v. McCLAIN.

On April 23, 1980, this court denied the application to appeal this case. Petitioner now seeks a direct appeal.
*Appeal dismissed. All the Justices concur.*

SUBMITTED JUNE 27, 1980 — DECIDED
JULY 3, 1980.

*Mary Walton Whiteman,* for appellant.
*Everett & Persells, Dana F. Persells,* for appellee.